IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACY L. GIFFORD,

    Plaintiff,

  v.

Case No. 18-cv-260-slc

PHH MORTGAGE CORPORATION,
d/b/a COLDWELL BANKER MORTGAGE,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant PHH Mortgage Corporation d/b/a Coldwell Banker Mortgage and against plaintiff Tracy L. Gifford dismissing this case.

| s/ K. Frederickson, Deputy Clerk | June 4, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |